In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-191 CV


____________________



BRASS CRAFT MANUFACTURING COMPANY, Appellant



V.



JOSEPH P. BLANKS, INDIVIDUALLY AND AS EXECUTOR OF 


THE ESTATE OF T.K. BLANKS, Appellee






On Appeal from the 1A District Court


Tyler County, Texas


Trial Cause No. 17667






MEMORANDUM OPINION (1)


 Brass Craft Manufacturing Company, appellant, and Joseph P. Blanks, Individually
and as Executor of the Estate of T.K. Blanks, appellee, have filed a joint motion to dismiss
this appeal and the cause of action. The parties allege they have settled all disputes and
no longer desire to pursue the appeal. The Court finds that this motion is voluntarily made
by agreement of the parties through their attorneys of record prior to any decision of this
Court. Tex. R. App. P. 42.1(a)(2). No other parties filed notice of appeal.

 Accordingly, the motion to dismiss is granted and the appeal and the entire cause
against Brass Craft Manufacturing Company is dismissed. All costs are assessed against
the incurring party.

 DISMISSED. 

 

 PER CURIAM


Opinion Delivered September 23, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.